# Court of Appeals
# of the State of Georgia

ATLANTA,   September 11, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2281. STEVEN SMITH v. THE STATE.**

In 2009, Steven Smith pled guilty to voluntary manslaughter. In February 2015, Smith filed a pro se motion to vacate a void judgment, arguing that his arrest warrant was unlawful. The trial court denied the motion, and Smith filed this direct appeal. We lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Smith is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Smith's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   09/11/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*